# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
# WESTERN DIVISION

L.P. JOHNSON SECURITY SERVICES,　　　　　　　　　　　　　　PLAINTIFFS
LLC and LIONEL P. JOHNSON

VERSUS　　　　　　　　　　　　　CIVIL ACTION NO. 5:07cv138-DCB-JMR

ACCEPTANCE INDEMNITY INSURANCE
COMPANY and THE MUIRHEAD AGENCY,
INC.　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER OF REMAND

This cause having come before the Court on the plaintiffs' Motion to Remand [docket entry no. 4] and the Court having granted said Motion because it lacks jurisdiction over the subject matter of the action; accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is remanded to the Circuit Court of Warren County, Mississippi.

**SO ORDERED AND ADJUDGED**, this the ___9th___ day of January 2008.

　　　　　　　　　　　　　　　　　　　___s/ David Bramlette___
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**